UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HUMBERTO B. ZAMORA,<br><br>                    Petitioner,<br><br>vs.<br><br>STATE OF WASHINGTON,<br><br>                    Respondent. | NO.  CV-11-164-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTIONS |

Magistrate Judge Hutton filed a Report and Recommendation on July 11, 2011, recommending Mr. Zamora's Motions for appointment of counsel (ECF No. 5) and for an evidentiary hearing (ECF No. 6) be denied.  There being no objections, the court **ADOPTS** the Report and Recommendation.  The Motions are **DENIED.**

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order and forward a copy to Petitioner

**DATED** this   8th   day of August, 2011.


                                        *s/Lonny R. Suko*
                                    _____
                                        LONNY R. SUKO
                                    UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTIONS -- 1