AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

HUMBERTO B. ZAMORA,

        Petitioner,

        v.

STATE OF WASHINGTON,

        Respondent.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-164-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: The Petition is DISMISSED WITH PREJUDICE as time-barred under 28 U.S.C. § 2244(d), and the pending Motion (ECF No. 19) is DENIED as moot.

August 26, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia